IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILLIP D. WOODWARD,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RICHARD D. FELLIN, in his individual capacity;<br><br>                    Defendant. | **8:12CV129**<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties,

IT IS ORDERED that any motion to dismiss or motion for summary judgment based on qualified immunity shall be filed on or before November 12, 2012.

August 21, 2012.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge