IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILLIP D. WOODWARD,<br><br>               Plaintiff,<br><br>   vs.<br><br>RICHARD D. FELLIN, in his individual capacity;<br><br>               Defendant. | **8:12CV0129**<br><br>**ORDER** |

     IT IS ORDERED that the pretrial conference set for April 2, 2013 at 11:00 a.m. and the trial set for April 16, 2012 at 9:00 a.m., are continued until further order of this court. The parties shall contact the undersigned's chambers no more than seven (7) days after the pending motion for summary judgment, (Filing No. 20), is ruled upon to schedule a status conference regarding the further progression of this case.

     Dated this 28th day of March, 2013.

                                                    BY THE COURT:

                                                   *s/ Cheryl R. Zwart*
                                                   United States Magistrate Judge